# EXHIBIT A

Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
E-mail: *ps@strojnik.com*
Attorney for Plaintiff

## IN THE MARICOPA COUNTY SUPERIOR COURT

## STATE OF ARIZONA

| | |
|---|---|
| ARCADE ENTERTAINMENT, LLC, | NO. CV2014-003380 |
| Plaintiff, | **COMPLAINT** |
| vs. | (Breach of Contract) |
| AGCS MARINE INSURANCE COMPANY, | (Breach of Covenant of Good Faith and Fair Dealing) |
| Defendants. | |

For its Complaint Plaintiff alleges:

1. Plaintiff is a limited liability company. Defendant is a national insurer.

2. Plaintiff purchased from Defendant a policy of insurance identified as Arcade Entertainment Policy Number MXI 93037548, Policy Dates 12/23/12 – 12/23/13.

3. On August 26, 2013, while the Policy was in effect, Plaintiff suffered a loss covered by the Policy.

4. Plaintiff made a claim based on the following statement of facts: Arcade placed amusement arcade machines in locations throughout the Dallas/Ft. Worth area,

-1-

primarily in convenience stores. Since the owners are here in Arizona and the machines are in Texas, Arcade got Norma Reveles and Troy Mitchell to collect the funds from the machines. In August of 2013, the machines disappeared and, upon investigation, Ms. Reveles and Mr. Mitchel advised that they had been stolen by unknown persons.

5. Based on these facts, Plaintiff made a claim uncer number 80108885, but Defendant refused to provide coverage and pay indemnity.

6. Defendant had the obligation to immediately conduct an adequate investigation, act reasonably in evaluating the claim, and act promptly in paying Plaintiff's legitimate claim.

7. Defendant breached its obligation referenced in the previous paragraph.

8. Defendant should have done nothing that jeopardizes the Plaintiff's security under the policy.

9. Defendant breached its obligation referenced in the previous paragraph.

10. Defendant should not have forced the Plaintiff to go through needless adversarial hoops to achieve its rights under the Policy.

11. Defendant breached its obligation referenced in the previous paragraph.

12. Defendant breached the contract (Policy) and the covenant of good faith and fair dealing implicit in the policy. Defendant acted in bad faith.

13. Defendants misconduct was intentional and in bad faith, entitling Plaintiff to an award of punitive damages.

14. As a direct and proximate result of Defendant's misconduct, Plaintiff has been damages in the principal amount of $140,500.00 representing the value of the lost property.

WHEREFORE, Plaintiff request Judgment as follows:

A. For Judgment in the principal sum of $140,500.00; and

B. For costs and attorney's fees pursuant to A.R.S.§ 12-341.01; and

C. For punitive damages in an amount to be proven at trial, but in no event less than $250,000.00; and

D. For pre-judgment and post judgment interest pursuant to law; and

E. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 28th day of April, 2014.

STROJNIK, P.C.

By: Peter Strojnik
Attorney for Plaintiff

Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
E-mail: *ps@strojnik.com*
Attorney for Plaintiff

APR 28 2014
MICHAEL K. JEANES, CLERK
B. COLWELL
DEPUTY CLERK

## IN THE MARICOPA COUNTY SUPERIOR COURT
## STATE OF ARIZONA

| | |
|---|---|
| ARCADE ENTERTAINMENT, LLC, | NO. CV2014-003380 |
| Plaintiff, | **CERTIFICATE OF ARBITRATION** |
| vs. | |
| AGCS MARINE INSURANCE COMPANY, | |
| Defendants. | |

The above cause is not subject to compulsory arbitration.

RESPECTFULLY SUBMITTED this 28th day of April, 2014.

STROJNIK, P.C.

By: Peter Strojnik
Attorney for Plaintiff

-1-

Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
E-mail: *ps@strojnik.com*
Attorney for Plaintiff



ORIGINAL

## IN THE MARICOPA COUNTY SUPERIOR COURT
## STATE OF ARIZONA

| | |
|---|---|
| ARCADE ENTERTAINMENT, LLC, ) NO. | CV2014-003380 |
| ) Plaintiff, ) | SUMMONS |
| vs. ) | *If you would like legal advice from a lawyer, contact the Lawyer Referral Service at* |
| AGCS MARINE INSURANCE ) COMPANY, ) | *602-257-4434 or www.lawyerfinders.org.* |
| ) Defendants. ) | *Sponsored by the Maricopa County Bar Association* |

### TO: DEFENDANT

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona – whether by direct mail, by registered or certified mail, or by publication – you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. When process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of process against it in this State, the insurer shall not be required to appear, answer or plead until the expiration of 40 days of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service by mail is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after the Affidavit of Compliance and return receipt of Officer's Return. **RCP 4.1 and 4.2; A.R.S. §§ 20-222, 28-502, 28-503.**