# EXHIBIT B

Donald L. Myles, Jr., Bar #007464
Chelsey M. Golightly, Bar #028431
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1743
Fax: (602) 200-7842
dmyles@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant AGCS Marine Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| ARCADE ENTERTAINMENT, LLC, | NO. CV2014-003380 |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | (Assigned to the Honorable Colleen French) |
| AGCS MARINE INSURANCE COMPANY, | |
| Defendant. | |

Defendant AGCS Marine Insurance Company, through undersigned counsel, files this Notice of Removal of this Action to the United States District Court for the District of Arizona and states as follows:

1.  On or about April 28, 2014 this action was commenced against the Defendant in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Arcade Entertainment, LLC, v. AGCS Marine Insurance Company.* A copy of the initial pleadings are attached hereto as Exhibit A. Defendant waived service of the Complaint, which it received on May 15, 2014.

2.  This Notice of Removal is being filed within 30 days after initial receipt of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

3690755.1

3. AGCS Marine Insurance Company is an Illinois Corporation with its principal place of business in Chicago, Illinois.

4. Upon information and belief, Arcade Entertainment, LLC is a Texas corporation with its principal place of business in Pasadena, Texas.

5. According to the investigation performed by Defendant, and the Complaint, the amount of damage for personal injuries and extra-contractual damages alleged in the Complaint exceeds $75,000. [See Exhibit B.] Therefore, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Based on this allegation and those contained in the Complaint, this action may be removed to this Court pursuant to the provisions in 28 U.S.C. § 1441(a).

6. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of Superior Court of the State of Arizona, in and for the County of Maricopa.

7. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit C.

Wherefore, Defendant AGCS Marine Insurance Company, respectfully requests that this action be removed to this Court.

DATED this 4th day of June, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Chelsey M. Golightly
Donald L. Myles, Jr.
Chelsey M. Golightly
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant AGCS Marine Insurance

### Certificate of Service

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

COPY of the foregoing mailed
this 4th day of June, 2014, to:

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

s/Carol L. Lever

3690755.1

3