# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

1. **Style of the Case**:
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Arcade Entertainment, LLC | Plaintiff | Peter Strojnik<br>Bar No.: 6464<br>Strojnik, P.C.<br>2415 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016<br>Phone: 602-524-6602 |
| AGCS Marine Insurance Company, a foreign corporation | Defendant | Donald L. Myles<br>Bar # 007464<br>Chelsey M. Golightly<br>Bar # 028431<br>JONES, SKELTON & HOCHULI, P.L.C.<br>2901 N. Central Ave., Ste. 800<br>Phoenix, AZ 85012<br>Phone: 602-263-1743 |

2. **Jury Demand**:

   Was a Jury Demand made in another jurisdiction?     Yes     No  X

   If "Yes," by which party and on what date?

   Party:
   Date:

3. **Answer**:

   Was an Answer made in another jurisdiction?     Yes     No  X

3671005.1

If "Yes," by which party and on what date?

Party:
Date:

4. **Served Parties**:

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Strojnik, P.C.<br>2415 East Camelback Rd., Ste. 700<br>Phoenix, Arizona 85016 | 6/4/14 | U. S. Mail |

5. **Unserved Parties**:

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|

None that Defendant is aware of.

6. **Nonsuited, Dismissed or Terminated Parties**:

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|

None that Defendant is aware of.

7. **Claims of the Parties**:

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiffs | Breach of Insurance Contract; Breach of Covenant of Good Faith and Fair Dealing |

Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State court) shall be filed with this removal.

3671005.1                                    2