1. The person reporting the loss is the:
2. Their Name is: Alex Callan
3. Their Phone is: 602 326 5753
4. Their E-Mail is: alex@alexcallan.com
5. Their Company is: ARCADE ENTERTAINMENT, LLC
6. Their Address is: 4710 E. Falcon Dr Suite 121 Mesa, Az 85215

7. Date Reported: 10/2/13
8. Time Reported: 3 pm
9. Date of Loss: 8/26/13
10. Policy Number Prefix:
11. Policy Number: MXI 9303 7546
12. Certificate Number (if applicable):
13. Bill of Lading (if applicable):
13a. Bill of Lading Date (if applicable):
14. Effective Date: 12/23/12
15. Expiration Date: 12/23/13
16. Insured Company: ARCADE ENTERTAINMENT, LLC MESA, Az 85215
17. Insured Address: 4710 E. Falcon Dr. #121 Mesa, Az 85215

18. Insured Contact: Alex Callan
19. Insured Contact Phone: 602 326 5753
20. Insured Contact Cell Phone: 602 326 5753
21. Insured Contact E-Mail: alex@alexcallan.com
22. Agency Company: Millennium Corporate Solutions
23. Agency Address: 550 N. Brand Blvd #1100 Glendale, CA 91203

24. Agency Contact: Irma Cousin
25. Agency Contact Phone: 818 844 4132
26. Agency Contact Fax: 949 336 5032
27. Agency Contact E-Mail: icousin@mcsins.com
28. Claimant Company: ARCADE ENTERTAINMENT LLC
29. Claimant Address: 4710 E. Falcon Dr #121 Mesa, Az 85215

30. Claimant Contact: Alex Callan
31. Claimant Contact Phone: 602 326 5753
32. Claimant Contact Cell Phone: 602 326 5753
33. Claimant Contact E-Mail: alex@alexcallan.com
34. Type of Loss: THEFT
35. Loss Location: SEE ATTACHED

36. Estimated Amount of Loss: 140500
37. Vessel/Shipper (if applicable):
38. Voyage To:
39. Voyage From:
40. Police/Fire Department SEE ATTACHED
41. Police/Fire Report Number: SEE ATTACHED
42. Cargo Information: Product:
43. Cargo Information: Packing:

44. Description of Loss: SEE ATTACHED POLICE REPORT.

45. Additional Details: I WENT TO TEXAS TO CHECK ON MY MACHINES AND VISITED THE LOCATIONS WHERE THEY WERE LOCATED. A NUMBER OF THE LOCATIONS HAD CLOSED DOWN OR ~~~~ CLAIMED THE MACHINES HAD BEEN STOLEN. THE ATTACHED POLICE REPORTS WERE FILED. THE POLICE HAVE INVESTIGATED AND HAVE NOT FOUND THE MACHINES. I HAVE PULLED MY REMAINING MACHINES & THEY ARE IN MY POSSESSION.

46. Claim Number:
47. Event Code:

FORT WORTH POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 130302310**



### INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| THEFT | Theft | X | 08/26/2013 01:35 PM | 08/26/2013 02:05 PM | 09/18/2013 02:07 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T13003706 | 5371 Mansfield Highway, Forest hill, TX | 166467/Michael Luna |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Gas Station / Service Station | Other | Unknown | | Unknown | | |

### PERSON LISTINGS

**1**

| TYPE | LAST NAME | | | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| VIC | Arcade Entertainment, LLC | | | | | | | | |
| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| EMAIL | | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| EMPLOYER NAME | | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| Arcade Entertainment, LLC | | | *** | | | | | 602-326-5753 | |

**2**

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| REP | Callan | Alex | | *** | *** | | * | *** | *** |
| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | *** | *** | | | | | | | |
| EMAIL | | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| alex@alexcallan.com | | | *** | | | | | *** | |
| EMPLOYER NAME | | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| Arcade Entertainment, LLC | | | *** | | | | | *** | |

### PROPERTY LISTINGS

**1**

| INVL | ITEM | | QUANTIT | BRAND | MODEL |
|---|---|---|---|---|---|
| STN | Other | | 5 | Pot of Gold | |
| SERIAL NO | | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
| 1125, 1122, 1119, 1114, 1160 | | | Black | $ 16000.00 | $ |
| DESCRIPTION | | | | | |

### NARRATIVE

5 arcade machines were placed in a Texaco Gas Station as amusement for patrons. They are no longer there without our permission.
We do not know how they were removed from the location. We hired a servicing contractor, Norma Reveles, to collect at our machines and she's stated she does not know where the machines are and she does not have them.
All Pot of Gold Amusement Arcade Machines –
Serial: 1125, 1122, 1119, 1114, 1160

FORT WORTH POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 130302301**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| THEFT | Theft | x | 08/26/2013 03:35 PM | 08/26/2013 03:45 PM | 09/18/2013 02:18 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: | |
|---|---|---|---|---|---|
| *** | T13003707 | 3075 MANSFIELD, Fort Worth, TX | | 403122/Tanzania Tabb | |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Retail Store | Other | Unknown | | Unknown | | |

## PERSON LISTINGS

**1**

| TYPE | LAST NAME | | | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| VIC | Arcade Entertainment, LLC | | | | | | | | |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| | | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Arcade Entertainment, LLC | *** | 602-326-5753 |

**2**

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| REP | Callan | Alex | | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | *** | *** | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| alex@alexcallan.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| Arcade Entertainment, LLC | *** | *** |

## PROPERTY LISTINGS

**1**

| INVL STN | ITEM | | QUANTIT | BRAND | MODEL |
|---|---|---|---|---|---|
| | Other | | 22 | Pot of Gold | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| multiple | | Black | $ 66000.00 | $ |

| DESCRIPTION |
|---|
| 18,11,21,28,16,23,47,13,69,15,17,70,27,20,29,32, + |

## NARRATIVE

22 arcade machines were placed in a H1 Smoke Shop as amusement for patrons. The location closed down without notification to us and our machines were not returned.
We do not know how they were removed from the location. We hired a servicing contractor, Norma Reveles, to collect at our machines and she's stated she does not know where the machines are and she does not have them.
All Pot of Gold Amusement Arcade Machines –
Serial: 1118, 1111, 1121, 1128, 1116, 1123, 1147, 1113, 1169, 1115, 1117, 1170, 1127, 1120, 1129, 1132, 1135, 1143, 1144, 1150, 1145, 1146

FORT WORTH POLICE DEPARTMENT SUMMARY INCIDENT REPORT

REPORT NUMBER: 130302300



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| THEFT | Theft | x | 08/26/2013 10:00 AM | 08/26/2013 10:30 AM | 09/18/2013 01:57 PM |
| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: | |
| *** | T13003704 | 3319 East BELKNAPs Street, FORT WORTH, TX | | 403122/Tanzania Tabb | |
| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
| Auto Repair Shop | Other | Unknown | | Unknown | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | | | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | Arcade Entertainment, LLC | | | | | | | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | EMAIL | | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| | Arcade Entertainment, LLC | | | *** | | | | | 602-326-5753 | |
| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
| 2 | REP | callan | alex | | *** | *** | | * | *** | *** |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | | *** | *** | | | | | | | |
| | EMAIL | | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| | alex@alexcallan.com | | | *** | | | | | *** | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| | Arcade Entertainment, LLC | | | *** | | | | | *** | |

## PROPERTY LISTINGS

| | INVL | ITEM | | QUANTIT | BRAND | MODEL | |
|---|---|---|---|---|---|---|---|
| 1 | STN | Other | | 2 | Pot of Gold | | |
| | SERIAL NO | | OWNER APPLIED NO | COLOR | | MKT VALUE | DMG VALUE |
| | 1141 &1112 | | | Black | | $ 6000.00 | $ |
| | DESCRIPTION | | | | | | |

## NARRATIVE

2 arcade machines were placed in Toney's Auto Shop as amusement for patrons. They are no longer there without our permission.
We do not know how they were removed from the location. We hired a servicing contractor, Norma Reveles, to collect at our machines and she's stated she does not know where the machines are and she does not have them.
All Pot of Gold Amusement Arcade Machines –
Serial: 1141 & 1112